UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| EDGARDO COLOSIO-DUSSAN, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO. C08-1038-RSM-JPD |
| | ) | (CR06-206-RSM) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER DENYING § 2255 MOTION |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's § 2255 motion, the government's response, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, petitioner's objections, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The Court additionally notes that petitioner requested 90 additional days to file his objections to Judge Donohue's Report and Recommendation. (Dkt. No. 14). Petitioner claimed that he needed to gain the services of "jailhouse counsel" to aid him in his interpretation of Judge Donohue's Report and Recommendation. In addition, petitioner indicated that he suffered from severe mental illnesses and had limited access to proper typewriters to prepare his objections. However, petitioner timely filed his objections by submitting a 41-page pleading on December 29, 2008. These objections, while legally baseless, were coherent, well organized, and prepared on a typewriter. Therefore, petitioner's objections undermine his reasons

ORDER DENYING § 2255 MOTION

1 | for requesting additional time. Accordingly, petitioner's motion for extension of
2 | time (Dkt. No. 14) shall be STRICKEN AS MOOT.
3 | (3) Petitioner's § 2255 motion (Dkt. No. 1 & 12) is DENIED.
4 | (4) This action is DISMISSED with prejudice.
5 | (5) The Clerk is directed to send a copy of this Order to petitioner, to counsel for
6 | respondent, and to Judge Donohue.
7 | DATED this 30th day of January 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING § 2255 MOTION